UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIS D. LONN, JR., <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> THE VANGUARD GROUP, <br><br> Garnishee. | NO. 3:18-MC-05015-BHS <br><br> (3:15-CR-05201-BHS-1) <br><br> **Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, The Vanguard Group, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee The Vanguard Group filed its Answer on October 25, 2018, stating that at the time of the service of the Writ, Garnishee had in its possession, custody or control, a traditional IRA account, valued at $162,471.43, and an individual brokerage account, valued at $2,101.64, as of October 24, 2018, in which Defendant/Judgment Debtor Willis D. Lonn, Jr. maintains an interest and is eligible to withdraw.

| CONTINUING GARNISHMENT ORDER (*USA v. Wilus D. Lonn, Jr. and The Vanguard Group, Court Nos.* 3:18-MC-05015-BHS / 3:15-CR-05201-BHS-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about August 23 and 31, 2018, Defendant/Judgment Debtor Willis D. Lonn, Jr., has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, The Vanguard Group, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service, if any) of non-exempt property from any and all accounts, including the traditional IRA account and the individual brokerage account, in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Lonn's restitution balance in full;

That such payments shall be applied to Defendant/Judgment Debtor Lonn's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:15-CR-05201-BHS-1 and 3:18-MC-05015-BHS, and to deliver such payment either personally or by First Class Mail to:

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

CONTINUING GARNISHMENT ORDER (*USA v. Willis D. Lonn, Jr. and The Vanguard Group, Court Nos. 3:18-MC-05015-BHS / 3:15-CR-05201-BHS-1*) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this ____7____ day of ____January_____, 2018.



_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:


s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER** (*USA v.*
*Willis D. Lonn, Jr. and The Vanguard Group, Court Nos.*
3:18-MC-05015-BHS / 3:15-CR-05201-BHS-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970